# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2025

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Dwight Collins*, 25 Cr. 145 (KPF)

Dear Judge Failla,

    I write with the Government's consent to respectfully request that the Court adjourn the status conference presently scheduled for June 12, 2025, until the week of July 7, 2025. This is the first request for an adjournment by any party in this matter. Four additional weeks will allow the parties to engage in discussions about a potential pretrial disposition. For that reason, the Government requests and Mr. Collins has no objection to the exclusion of time under the Speedy Trial Act through the next conference date set by the Court.

    Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
212-417-8770

cc:  AUSA Lauren Phillips

Application GRANTED.  The conference previously scheduled for June 12, 2025, is hereby ADJOURNED to **July 10, 2025**, at **3:30 p.m.**  Time is excluded under the Speedy Trial Act in the interests of justice from June 12, 2025 through July 10, 2025.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:    June 4, 2025          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE