# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2025

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Dwight Collins*, 25 Cr. 145 (KPF)

Dear Judge Failla,

    I write without objection from the Government to respectfully request an adjournment of the suppression hearing scheduled for this Thursday, November 13, 2025. An adjournment is required because of late-produced and outstanding materials from the New York State Department of Corrections and Community Supervision (DOCCS). Some of these materials were provided by DOCCS to the Government, and by the Government to Mr. Collins, only this past Friday. Others, as Mr. Collins learned this afternoon, have been identified but not yet provided to the Government or Mr. Collins. These materials may bear on Mr. Collins's motion.

    Accordingly, Mr. Collins respectfully requests that Thursday's hearing be adjourned. Due to the parties' trial schedules, we respectfully request a hearing date in early January 2026.[1] Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Ariel Werner and Nora Stephens
Assistant Federal Defenders
212-417-8770

cc: AUSA Lauren Phillips

---

[1] Mr. Collins is not in custody and has thrived, presenting no issues whatsoever, on Pretrial supervision. Furthermore time is excluded from the speedy trial clock under 18 U.S.C. § 3161(h)(1)(D).

Application DENIED without prejudice to its renewal upon an explanation of the above-described documents and why they must be produced or further reviewed prior to the hearing.

Dated:    November 10, 2025
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE