# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2025

**BY ECF and Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Dwight Collins*, 25 Cr. 145 (KPF)

Dear Judge Failla,

  We write in response to the Court's denial of Mr. Collins's motion to adjourn Thursday's suppression hearing. The Court's endorsement stated that our application is denied without prejudice to its renewal upon an explanation of the outstanding documents and why they must be produced or further reviewed prior to the hearing. Unfortunately, that is not possible without our having received the documents or any description of their contents.

  Earlier this afternoon, the Government was informed that Department of Corrections and Community Supervision (DOCCS) employees were scanning the outstanding documents and would be providing them soon. As of this evening, the Government has yet to receive them. Thus, we are left to speculate about what the outstanding records might include. For example, last week, the Government was informed by a supervising parole officer that Mr. Collins's parole file may have been "cleared out" as part of a post-Covid effort to address DOCCS backlog. The Government now informs me that the recently located records might include that file. The Government has also suggested that the outstanding records might contain notes maintained by parole officer witnesses concerning their supervision of Mr. Collins; those notes might well touch on the events at issue in Thursday's hearing.

  Moreover, there is no question that earlier productions from DOCCS have proven relevant to Mr. Collins's motion. They have included certain notes and records made by parole officers that support some of Mr. Collins's legal arguments, including whether it was rational and reasonable for parole to search the Ford EcoSport rented by his sister and whether the public safety exception applies to Mr.

Collins's un-Mirandized statements.  Some of these notes also implicate the memory and credibility of the Government's witnesses.

 Thank you for your reconsideration of this application.

            Respectfully,

             /s/ Ariel Werner
            Ariel Werner and Nora Stephens
            Assistant Federal Defenders
            212-417-8770

cc: AUSAs Lauren Phillips and Brandon Harper

```
Application GRANTED IN PART.  At Defendant Mr. Collins's request
and the Government's non-objection, the suppression hearing
scheduled for this Thursday, November 13, 2025, is hereby
ADJOURNED.

However, this record does not explain why the production and
review of the above-described records justify so long an
extension of time.  And to the extent the requested adjournment
is conditioned on the parties' trial schedules, the parties have
not provided the Court sufficient information as to why those
schedules completely foreclose the holding of a one-day hearing
at any time before January 2026.  The Court is disinclined to
reschedule the hearing in early January 2026, and therefore
directs the parties to provide their availability for the
remainder of November 2025 and for December 2025.

The Clerk of Court is directed to terminate the pending motions
at docket entries 23 and 24.

                                   SO ORDERED.
Dated:    November 10, 2025
          New York, NeW York
```

*[signature: Katherine Polk Failla]*

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE