# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 17, 2025

**By ECF and Email**



Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Dwight Collins*, 25 Cr. 145 (KPF)

Dear Judge Failla,

I write to respectfully request a modification of Dwight Collins's bail conditions to remove the conditions of a curfew and location monitoring. Pretrial Services, having considered Mr. Collins's overall compliance with the terms of his pretrial supervision over the last nine months, has no objection to this request. The Government defers to Pretrial Services.

Presented with the same request last July, the Government objected to the removal of Mr. Collins's ankle monitor, noting that Mr. Collins had not articulated why the condition posed an obstacle at that time and representing that it would "reevaluate its position with respect to any future requests should [Mr. Collins's] circumstances change." ECF No. 12 at 3. The Court denied Mr. Collins's request at that time "without prejudice to its renewal in an application containing a more detailed explanation of how Mr. Collins's curfew or ankle monitor is interfering with his job search." ECF No. 13 at 4.

Subsequently, in August, Mr. Collins found employment with ██████████ ██████████ working five days per week. Lately, in the course of that employment, Mr. Collins has experienced pain due to the difficulty of wearing work boots suitable for cold, icy weather along with his ankle monitor. The monitor digs into his leg, causing occasional numbness. That concerns Mr. Collins, whose █████████████████████ ██████████

Accordingly, we renew our request for the Court to strike the condition of a curfew enforced by location monitoring. Our prior request, dated July 21, 2025, is attached for

reference as Exhibit A.  As noted, Pretrial Services has no objection to this request, and the Government defers to Pretrial Services.  Thank you for considering it.

Respectfully,

 /s/ Ariel Werner
Assistant Federal Defender
212-417-8700

cc:    AUSA Lauren Phillips
       Pretrial Services Officer Meherun Mayer

Application GRANTED.  The Court STRIKES Mr. Collins's pretrial supervision condition of a curfew enforced by location monitoring.

The Clerk of Court is directed to terminate the pending motion at docket entry 29.

Dated:     December 17, 2025          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE