UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DWIGHT COLLINS<br><br>Defendant. | 25 Cr. 145 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court will deliver its oral decision on Mr. Collins's motions (*see* Dkt. #14, 17) on **January 21, 2026**, at **12:15 p.m.** by telephonic conference. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated:      January 16, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge