UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

DWIGHT COLLINS

Defendant.

25 Cr. 145 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record at the January 21, 2026 telephonic conference, the Court DENIES Mr. Collins's motion to suppress (Dkt. #14) and motion to dismiss (Dkt. #17). The Clerk of Court is directed to terminate the pending motions at docket entries 14 and 17.

SO ORDERED.

Dated:      January 21, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge