

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 6, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     *United States v. Dwight Collins*, 25 Cr. 145 (KPF)

Dear Judge Failla:

The Government respectfully submits this joint status letter in response to the Court's January 21, 2026 Order. The Government understands that the defendant intends to plead guilty to the single count Indictment. The parties have conferred and respectfully request that the Court schedule a change of plea hearing for the week of March 9, 2026, or at a time thereafter that is convenient for the Court.

The Government further requests that the time between today and the change of plea hearing be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to prepare for the change of plea hearing. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:     _____
Lauren E. Phillips
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2231

cc:     All counsel of record (by ECF)

The parties are ORDERED to appear for a change of plea hearing on **March 19, 2026**, at **3:30 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

It is further ORDERED that time is excluded under the Speedy Trial Act between February 6, 2026, and March 19, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to prepare for the change of plea hearing.

The Clerk of Court is directed to terminate the pending motion at docket entry 35.

Dated:    February 9, 2026          SO ORDERED.
          New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE