# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 22, 2026

**By ECF and Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re:** *United States v. Dwight Collins*, 25 Cr. 145 (KPF)

Dear Judge Failla,

I write to respectfully request a modification of Dwight Collins's bail conditions to permit two upcoming trips.

First, Mr. Collins seeks permission to travel to Washington, D.C., and return the same day this Friday, June 26, with his cohort in the Exodus alternatives-to-incarceration program. His case manager has informed me that the trip will include ten clients and five staff members. The group will travel to D.C., visit several monuments, take photographs, have lunch, and return home. The purpose of the trip is to give participants—many of whom have never left New York City—the opportunity to visit important national sites. Neither Pretrial Services nor the Government objects to this request.

Second, Mr. Collins seeks permission to travel to St. Thomas, U.S. Virgin Islands, for vacation from July 4 to July 11. Pretrial Services has no objection, and the Government takes no position.

As the Court is aware, the charged conduct dates back to March 28, 2024. Since being released from state custody on or about November 27, 2024, Mr. Collins has lived in the community without issue. Sentencing is scheduled for August 6, 2026. We thank the Court for its consideration of these requests.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
212-417-8700

cc:     AUSA Lauren Phillips
        Pretrial Services Officer Meherun Mayer

Both of Mr. Collins's travel requests are GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 39.

Dated:    June 23, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE