Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2026

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

**Re: *United States v. Dwight Collins*, 25 Cr. 145 (KPF)**

Dear Judge Failla,

I write without objection from the Government to respectfully request an adjournment of Mr. Collins's sentencing, presently scheduled for August 6, 2026. The requested adjournment would provide time for the defense to review and propose any necessary corrections to the presentence report (PSR) before filing Mr. Collins's sentencing submission. On the current schedule, Mr. Collins's submission is due on July 23, and Probation expects to disclose its draft presentence report today or tomorrow. Given counsel's travel schedule, additional time is needed to review the PSR with Mr. Collins before filing his sentencing submission.

Accordingly, I respectfully request that the Court adjourn Mr. Collins's sentencing until Thursday, September 10, at 3:00 p.m., when I understand the Court and the Government will be available.

Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Ariel Werner and Nora Stephens
Assistant Federal Defenders
212-417-8770

cc: AUSA Lauren Phillips

Application GRANTED. Mr. Collins's sentencing hearing, previously scheduled for August 6, 2026, is hereby ADJOURNED to **September 10, 2026**, at **3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

Dated: July 7, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE